NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number   1:24CR0259 JMC

JOHN M. DINE
    (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

ETHAN B. CORLIJA          #MO0020
*(Attorney & Bar ID Number)*

ETHAN B. CORLIJA, P.C.
*(Firm Name)*

5205 HAMPTON AVENUE
*(Street Address)*

ST. LOUIS          MO          63109
*(City)*          *(State)*          *(Zip)*

314-832-9600 ext. 103
*(Telephone Number)*