Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 24-cr-00259-JMC |
| | ) | |
| JOHN DINE | ) | |
| | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I, __John M. Dine__, the above-named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/27/2024__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

M00020

_____
Counsel for Defendant

Before: _____   Date: __July 1, 2024__

United States District Judge