CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 24-cr-00259-JMC
)
JOHN DINE )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

M00020

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved: _____    Date: 7/1/24

United States District Judge